# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**LESTER E. FISHER,**
**D.O.C. # 060935,**

    **Plaintiff,**

vs.                                                             **Case No. 4:19cv579-WS-MAF**

**S. BEARDEN, et al.,**

    **Defendants.**
_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, was granted leave to proceed in forma pauperis, ECF Nos. 11-12, and given an extension of time to pay the assessed initial partial filing fee. ECF Nos. 15-16. Plaintiff has now complied, ECF No. 18, and this case may proceed.

Notably, Plaintiff filed an amended civil rights complaint, ECF No. 13, which was previously reviewed even though Plaintiff had not yet paid the assessed initial partial filing fee. ECF No. 15. Finding the amended complaint insufficient as filed, Plaintiff was provided guidance in submitting a viable second amended complaint, and directed to do so by April 30,

2020. ECF No. 15. Considering that such a deadline is usually the date on which a prisoner gives his pleading to prison officials to mail on his behalf, it is anticipated that Plaintiff's second amended complaint will soon be filed.

However, this Report and Recommendation is entered because approximately one month after case initiation, Plaintiff filed a motion for preliminary injunction. ECF No. 4. Ruling has been deferred on that motion until Plaintiff complied with the in forma pauperis requirements. It is now appropriate to consider that motion.

Plaintiff complained that since filing this case, he had been subjected to harassment and acts of reprisal at Madison Correctional Institution. ECF No. 4. Plaintiff desired to be transferred away from "the North Florida region" to avoid "further abuse and retaliation." *Id.* at 2.

In February 2020, Plaintiff filed a notice of change of address which reveals he has been transferred away from Madison Correctional Institution and is now housed at Okeechobee Correctional Institution. ECF No. 7. Judicial notice is taken of the fact that Okeechobee C.I. is not within the North Florida region but is, instead, in South Florida. Accordingly, Plaintiff's motion for a preliminary injunction, ECF No. 4, should be denied as moot because Plaintiff has received the relief sought.

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's motion for a preliminary injunction, ECF No. 4, be **DENIED** as moot and this case be **REMANDED** for further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on May 4, 2020.

 S/    Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u>  If a party fails to object to the Magistrate Judge's findings or recommendations, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**