IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LESTER E. FISHER,
D.O.C. # 060935,

    Plaintiff,

v.                                                            4:19cv579–WS/MAF

S. BEARDEN, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (ECF No. 19) docketed May 4, 2020. The magistrate judge recommends that the plaintiff's motion for a preliminary injunction (ECF No. 4) be denied. The plaintiff has filed no objections to the magistrate judge's report and recommendation.

    Upon review of the record, this court has determined that the report and recommendation should be adopted. Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation (ECF No. 19) is adopted and incorporated by reference in this order of the court.

2. The plaintiff's motion for a preliminary injunction (ECF No. 4) is DENIED.

3. The case shall be remanded to the magistrate judge for further proceedings.

DONE AND ORDERED this __3rd__ day of __June__, 2020.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE