IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LESTER E. FISHER,

    Plaintiff,

v().                                               4:19cv579–WS/MAF

S. BEARDEN, et al.,

    Defendants.

_____

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 36) docketed October 22, 2020. The magistrate judge recommends that Defendants' motion (ECF No. 32) to dismiss for failure to exhaust administrative remedies be granted. Plaintiff has filed no objections to the report and recommendation.

Having considered the record, the court finds that the magistrate judge's report and recommendation is due to be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 36) is

hereby ADOPTED and incorporated by reference into this order.

2. Defendants' motion to dismiss (ECF No. 32) is GRANTED.

3. Defendants Cox and Robinson are DISMISSED from this case.

4. The clerk shall note on the docket that Cox and Robinson are terminated as defendants in this case.

5. The clerk shall return the case to the magistrate judge for further proceedings.

DONE AND ORDERED this   30th   day of   November  , 2020.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE